

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

The Cliffs Property Owners'
Association, Inc.,

\* From the 29th District Court
  of Palo Pinto County,
  Trial Court No. C50111.

Vs. No. 11-22-00158-CV

\* September 8, 2022

Double Diamond, Inc. and
The Cliffs Hotel Corp.,

\* Memorandum Opinion by Williams, J.
  (Panel consists of: Bailey, C.J.,
  Williams, J., and Trotter, J.)

This court has inspected the record in this cause and concludes that there is error in the order below. Therefore, in accordance with this court's opinion, we dissolve the temporary injunction issued by the trial court on May 23, 2022, and we remand this cause to the trial court for further proceedings. The costs incurred by reason of this appeal are taxed against Double Diamond, Inc. and The Cliffs Hotel Corp.